# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **KENNY DEWAYNE ADAMS,** | ) |
| **Petitioner,** | ) ) ) |
| v. | ) Civil Action Number ) **5:19-cv-01001-AKK-HNJ** |
| **WARDEN II DEWAYNE ESTES, et. al.,** | ) ) ) |
| **Respondents.** | ) |

## MEMORANDUM OPINION

The magistrate judge filed a report on July 13, 2020, recommending that Kenny Adams' petition for writ of habeas corpus under 28 U.S.C. § 2254 be denied as time-barred. Doc. 8. Although the parties were advised of their right to file specific objections within fourteen days, no objections have been received by the court. Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court concludes that the magistrate judge's Report and Recommendation is due to be adopted. A separate order will be entered.

**DONE** the 31st day of July, 2020.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE